**FEENER BUSINESS SCHOOLS, Inc.,**
Defendant-Appellant,
v.
**SCHOOL OF SPEEDWRITING, Inc.,**
Plaintiff-Appellee.
No. 4900.

United States Court of Appeals,
First Circuit.
April 18, 1955.

Carleton L. Feener, Boston, Mass., as attorney-in-fact for appellant.

Samuel P. Sears, Boston, Mass., with whom Brickley, Sears & Cole, and Lawrence R. Cohen, Boston, Mass., were on brief, for appellee.

Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.

PER CURIAM.

The final decree of the District Court and the order of that Court denying motion for rehearing are affirmed.